**Watts–Healy TIBBITTS, A JV,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**IBC/TOA Corporation, Defendant–**
**Appellee.**

No. 2009–5003.

United States Court of Appeals,
Federal Circuit.

Jan. 14, 2009.

Richard W. Oehler, Perkins Coie, LLP, Seattle, WA, for Defendant–Appellee, IBC/TOA Corporation.

Stephen C. Tosini, Department of Justice, Washington, DC, for Defendant–Appellee, United States.

Michael H. Payne, Payne Hackenbracht & Sullivan, Fort Washington, PA, for Plaintiff–Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).